FILED

JAN 17 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **23 CR 02 0 GKF** |
| Plaintiff, | |
| v. | **INDICTMENT** |
| | [18 U.S.C. § 844(e) Willfully Making a Threat to Kill, Injure, Intimidate, and Damage by Means of an Explosive] |
| MELANIE ANN MCELYEA, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about November 22, 2022, in the Northern District of Oklahoma, the defendant, **MELANIE ANN MCELYEA**, through the use of a telephone, an instrument of interstate and foreign commerce, willfully made a threat to kill, injure, and intimidate S.E.C., a person known to the Grand Jury, and to unlawfully damage and destroy a building, all by means of an explosive, in that **MCELYEA** made a telephone call to S.E.C.'s law office and left a voicemail stating: "I'll be damned if I don't go blow that courthouse up bitch, watch and find out. I'm gonna blow your fucking office up too, watch and find the fuck out... you will all be dead you stupid fucking bitch."

All in violation of Title 18, United States Code, Section 844(e).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

ROBERT T. RALEY
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson