


FILED

MAR 02 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELANIE ANN MCELYEA,<br><br>Defendant. | Case No.  23-CR-020-GKF<br><br>**INFORMATION**<br>[18 U.S.C. § 844(e) Maliciously Conveys False Information to Damage by Means of an Explosive] |

**THE GRAND JURY CHARGES:**

On or about November 22, 2022, in the Northern District of Oklahoma, the defendant, **MELANIE ANN MCELYEA**, through the use of a telephone, an instrument of interstate and foreign commerce, maliciously conveyed false information to S.E.C., a person known to the Grand Jury, knowing the information was false, concerning an attempt to unlawfully damage and destroy a building, all by means of an explosive, in that **MCELYEA** made a telephone call to S.E.C.'s law office and left a voicemail stating: "I'll be damned if I don't go blow that courthouse up bitch, watch and find out. I'm gonna blow your fucking office up too, watch and find the fuck out… you will all be dead you stupid fucking bitch."

All in violation of Title 18, United States Code, Section 844(e).

CLINTON J. JOHNSON
United States Attorney

_____
Robert T. Raley
Assistant United States Attorney